LAURA A. LEAVITT *vs.* ALONZO A. SEAVEY, Admr.

York County. Decided May 25, 1910: Assumpsit to recover for services as housekeeper for defendant's intestate, Stephen A. Seavey, also for services in taking care of barn, cattle, etc., of defendant's intestate also for use and occupation of plaintiff's tenement by defendant's intestate, amounting in all to $3,984. Verdict for plaintiff for $1,475.88. Defendant filed a general motion for a new trial. Overruled. *James O. Bradbury, and N. B. Walker*, for plaintiff. *John P. Deering*, for defendant.